# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | |
|---|---|
| **KRISTINA DEITZ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **CAPITAL ONE AUTO FINANCE, INC.** | ) |
| ***et al.***, | ) |
| | ) |
| **Defendants.** | ) |

Civil Action No. **3:17-cv-737-DJH**

## NOTICE OF SETTLEMENT

Plaintiff Kristina Deitz ("Plaintiff"), by counsel, and Defendant Capital One Auto Finance, Inc. ("Capital One" and collectively with Plaintiff referred to as the "Parties"), by counsel, hereby submit notice to the Court that the matters at issue between them in the present action, which concern the claims set forth in Plaintiff's Verified Complaint, have been compromised, agreed, and settled.  Within thirty (30) days, the Parties anticipate the settlement documents to be finalized and executed, at which time, the Parties shall submit a Stipulation of Dismissal for entry by the Court.

Dated:  February 13, 2018

Respectfully submitted,

  */s/ Jonathan M. Kenney*
Jonathan M. Kenney, Esq.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Phone: (757) 687-7529
Fax: (757) 687-7510
E-mail: jon.kenney@troutman.com
*Counsel for Capital One Auto Finance, Inc.*

/s/ David W. Hemminger
David W. Hemminger, Esq.
HEMMINGER LAW OFFICE, P.S.C.
616 S. Fifth Street
Louisville, KY  40202
Telephone: (502) 443-1060
Email: hemmingerlawoffice@gmail.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will automatically send a copy to all counsel of record in this case registered on the CM/ECF system, including:

David W. Hemminger, Esq.
HEMMINGER LAW OFFICE, P.S.C.
616 S. Fifth Street
Louisville, KY 40202
Email: hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

Sandra D. Jansen
Schuckit & Associates, PC
4545 Northwestern Drive
Zionsville, IN 46077
Email: sjansen@schuckitlaw.com
*Counsel for TransUnion, LLC*

Margaret Jane Brannon
Jackson Kelly, PLLC
175 E. Main St., Suite 500
Lexington, KY 40507
Email: mjbrannon@jacksonkelly.com
*Counsel for Experian Information Solutions, Inc.*


/s/ *Jonathan M. Kenney*
Jonathan M. Kenney, Esq.
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7529
Facsimile: (757) 687-7510
E-mail: jon.kenney@troutman.com


33915666v1 029424.000423