UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KRISTINA DEITZ,                                                                          Plaintiff,

v.                                                                Civil Action No. 3:17-cv-737-DJH-CHL

CAPITAL ONE AUTO FINANCE, INC.,
et al.,                                                                                Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Kristina Deitz and Defendant Capital One Auto Finance, Inc. having filed a notice of settlement as to Deitz's claims against Capital One (Docket No. 17), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Deitz's claims against Capital One are **DISMISSED** without prejudice. The parties shall tender an agreed order of dismissal with prejudice within **thirty (30) days** of the date of entry of this Order. The Court will entertain a motion to reinstate the claims within thirty (30) days of the date of entry of this Order in the event the settlement is not consummated.

This Order does not affect Deitz's claims against any other defendant in this matter.

February 14, 2018

**David J. Hale, Judge**
**United States District Court**

1