# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# (AT LOUISVILLE)

| | |
|---|---|
| KRISTINA DEITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 3:17-cv-00737-DJH-CHL |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

Upon agreement of the Plaintiff, Kristina Deitz, and the Defendant, Experian Information Solutions, Inc., each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Experian Solutions, Inc., are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

This 31st day of May, 2018.

/s/ *David W. Hemminger*
David W. Hemminger
Hemminger Law Office, P.S.C.
331 Townepark Circle Suite 100-C
Louisville, KY 40243
*Attorney for Plaintiff Kristina Deitz*


/s/ Margaret Jane Brannon (with permission)
Margaret Jane Brannon
Jackson Kelly, PLLC - Lexington
175 E. Main St., Suite 500
Lexington, KY 40507
859-255-9500
Fax: 859-288-2849
Email: mjbrannon@jacksonkelly.com
*Attorney for Defendant, Experian*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of May, 2018 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

*/s/ David W. Hemminger*
David W. Hemminger